140 A.3d 563

IN THE MATTER OF MICHAEL A. CASALE, AN ATTORNEY
AT LAW (ATTORNEY NO. 004871973).

August 1, 2016.

## ORDER

This matter having been duly presented, it is ORDERED that **MICHAEL A. CASALE** of **FAIR LAWN,** who was admitted to the bar of this State in 1973, and who was suspended from the practice of law for a period of three years, effective May 17, 2013, by Order of this Court filed April 17, 2013, be restored to the practice of law, effective immediately.